UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KAREN COBB,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, CALIBER HOME LOANS, AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No.<br>EDCV 16-1659 JGB (KKx)<br><br>**JUDGMENT**<br><br>Hon. Jesus G. Bernal<br>Courtroom 1 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On May 2, 2017, the Court granted Defendant Ocwen Loan Servicing, LLC's ("Ocwen") Motion to Dismiss Plaintiff Karen Cobb's ("Plaintiff") Second Amended Complaint ("SAC") without leave to amend.

Pursuant to the Court's order dated May 2, 2017, judgment is entered in favor of Ocwen and Plaintiff's SAC is dismissed with prejudice as to Ocwen.

**IT IS SO ORDERED.**

Dated: June 15, 2017

THE HONORABLE JESUS G. BERNAL
United States District Judge